Dennis R. Kurz, Esq.
Kurz Law Group, LLC
1936 N. Druid Hills Rd NE, Suite 100B
Atlanta, GA 30319
Phone:  404-565-0546
Fax:  404-636-5418
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Robert Morgan, | : | |
| Plaintiff, | : | Civil Case No.: 1:13-cv-00814-RMB-JS |
| vs. | : | |
| GC Services, LP.         , | : | **NOTICE OF SETTLEMENT** |
| Defendant. | : | |

NOW COMES the Plaintiff, Robert Morgan , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate the initial scheduling conference set for June 19, 2013 at 11:30 a.m. and all dates currently set on calendar for the present matter.

                                                        RESPECTFULLY SUBMITTED,

DATED: June 18, 2013                KROHN & MOSS, LTD.

                                                By:/s/ Dennis R. Kurz
                                                     Dennis R. Kurz
                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on June 18, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

   .

                                                             /s/ Dennis R. Kurz
                                                             Dennis R. Kurz
                                                             Attorney for Plaintiff