Dennis R. Kurz, Esq.
Kurz Law Group, LLC
1936 N. Druid Hills Rd NE, Suite 100B
Atlanta, GA 30319
Phone: 404-565-0546
Fax: 404-636-5418
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Robert Morgan, | : | |
| Plaintiff, | : | Civil Case No.: 1:13-cv-00814-RMB-JS |
| vs. | : | |
| GC Services, LP., | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, Robert Morgan, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action with prejudice.

Dated: August 15, 2013

                                         By:/s/ Dennis R. Kurz
                                               Dennis R. Kurz, Esq.

Dated: August 15, 2013           **Hinshaw & Culbertson LLP**

                                         By:/s/ Elizabeth K. Devine
                                            Elizabeth K. Devine